```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| LESTER ANDERSON,<br><br>   Plaintiff,<br><br>  v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>   Defendant. | Civil Action<br>No. 16-5564 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

  Plaintiff Lester Anderson seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-2.

  According to the application submitted by Plaintiff, Plaintiff receives $600 per month from real property, has $2,200 in cash, and has business expenses in the amount of $25,000 per month. *Id.* It would therefore appear Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied without prejudice. In the event Plaintiff believes the submitted application does not accurately reflect his financial situation, he may submit a new application for the Court's consideration. This matter shall be administratively terminated pending submission of the filing and administrative fees or revised IFP application.

An appropriate order follows.

**September 21, 2016**  **s/ Jerome B. Simandle**
Date                    JEROME B. SIMANDLE
                        Chief U.S. District Judge